1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JANICE LACY,                              No.  1:23-cv-01763-KES-EPG

12                  Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS TO DISMISS THIS
13          v.                                   CASE WITHOUT PREJUDICE AND TO
                                                 DENY PLAINTIFF'S MOTION FOR A
14    TURNER,                                    TEMPORARY RESTRAINING ORDER

15                  Defendant.                   Docs. 3, 9.

16

17          Plaintiff Janice Lacy proceeds pro se and in forma pauperis in this civil action.  The

18    matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

19    Local Rule 302.

20          On April 22, 2024, the assigned magistrate judge entered findings and recommendations,

21    recommending that this case be dismissed, without prejudice, (1) under the *Younger* abstention

22    and *Rooker-Feldman* doctrines; (2) for failure to comply with a court order and failure to

23    prosecute; and (3) for failure to provide a current address.  Doc. 9.  The magistrate judge further

24    recommended that plaintiff's motion for a temporary restraining order (Doc. 3) be denied.  *Id.*

25          The findings and recommendations were served on plaintiff and contained notice that any

26    objections were to be filed within thirty (30) days after service.  *Id.* at 7–8.  Plaintiff was advised

27    that "failure to file objections within the specified time may result in the waiver of rights on

28    appeal."  *Id.* at 8 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Plaintiff

                                                    1

1    did not file any objections, and the deadline to do so has expired.

2           In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

3    this case.  Having carefully reviewed the matter, the court concludes that the findings and

4    recommendations are supported by the record and proper analysis.

5           Accordingly, IT IS HEREBY ORDERED that:

6       1.  The findings and recommendations entered on April 22, 2024 (Doc. 9), are

7           ADOPTED IN FULL;

8       2.  Plaintiff's case is DISMISSED without prejudice (1) under the *Younger* abstention and

9           *Rooker-Feldman* doctrines; (2) for failure to comply with a court order and failure to

10          prosecute; and (3) for failure to provide a current address;

11      3.  Plaintiff's motion for a temporary restraining order (Doc. 3) is DENIED; and

12      4.  The Clerk of Court is directed to close this case.

13

14

15   IT IS SO ORDERED.

16    Dated:    September 30, 2024

17                                                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2